IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CONNIE RUSS SIZEMORE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER LARRY PUGH et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26cv1167 |

**ORDER**

On October 7, 2026, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), all claims in the complaint are DISMISSED without prejudice, except Plaintiff's claim under 42 U.S.C. § 1983 against Defendant Larry Pugh, and that claim shall proceed.

/s/ Thomas D. Schroeder
United States District Judge

November 10, 2026